**JUDGE BUCHWALD**

BLANK ROME, LLP
Attorneys for Plaintiff
LOMBARDO MARINE LTD.
Thomas H. Belknap, Jr. (TB-3188)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000



07 CIV 9934

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LOMBARDO MARINE LTD.,

    Plaintiff,

-against-

W.J. GRAIN LTD.,

    Defendant.

---

07 Civ.

RULE 7.1 STATEMENT

*[Stamp: NOV 0 9 2007 U.S.D.C. S.D.N.Y. CASHIERS]*

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff LOMBARDO MARINE LTD. ("Plaintiff"), certifies that, according to information provided to counsel by its client, Plaintiff is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:    New York, New York
             November 9, 2007

                                    BLANK ROME, LLP
                                    Attorneys for Plaintiff
                                    LOMBARDO MARINE LTD.

                                    By_____
                                      Thomas H. Belknap, Jr. (TB-3188)
                                    The Chrysler Building
                                    405 Lexington Ave.
                                    New York, NY 10174-0208
                                    (212) 885-5000